1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
3  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
4  Telephone: 916-660-9401
   Facsimile: 916-660-9378
5
6  Attorneys for Defendant, GABRIELA RODRIGUEZ MACHUCA dba JOHNNY'S DINER AND CREAMERY
7
8  Daniel Malakauskas, Esq., SBN 265903CENTER FOR DISABILITY ACCESS
   P. O. Box 262490
9  San Diego, CA  92196-2490
   Telephone:  858-375-7385
10 Facsimile:  888-422-5191

11 Attorneys for Plaintiff, CYNTHIA HOPSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| CYNTHIA HOPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ALBERT AND CELESTE NAVARRA FAMILY PARTNERSHIP; GABRIELA RODRIGUEZ MACHUCA dba JOHNNY'S DINER AND CREAMERY; and Does 1-100,<br><br>          Defendants. | Case No. 2:14-cv-01224-JAM-KJN<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JULY 21, 2014 FOR DEFENDANT TO RESPOND TO COMPLAINT AND ORDER |
|---|---|

         Pursuant to Local Rule 144, Plaintiff, Cynthia Hopson, and Defendant, Gabriela Rodriguez Machuca, by and through their respective counsel stipulate as follows:

-1-
STIPULATION FOR EXTENSION OF TIME          2:14-cv-01224-JAM-KJN

1.     The Defendant has not previously requested an extension of time to respond to the Complaint;

2.     The parties stipulate that Defendant has requested an extension until July 21, 2014 to respond or otherwise plead;

3.     The parties stipulate to Defendant's request for an extension until July 21, 2014 to respond or otherwise plead;

4.     Defendant's response will be due no later than July 21, 2014;

5.     All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of June 19, 2014.

Dated:  June 19, 2014                     /s/ *Cris C. Vaughan*
                                          CRIS C. VAUGHAN
                                          Attorney for Defendant,
                                          Gabriela Rodriguez Machuca


Dated:  June 20, 2014                     /s/ *Daniel Malakauskas*
                                          DANIEL MALAKAUSKAS
                                          Attorney for Plaintiff,
                                          Cynthia Hopson


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**


Dated:  6/20/2014                         /s/ John A. Mendez
                                          U.S. District Court Judge